Law Offices of Ezra Spilke

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/22
```

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e. ezra@spilkelaw.com
www.spilkelaw.com

July 11, 2022

By ECF
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007
Fax: (212) 805-4060

Re: *United States v. Chanette Lewis et al.*, No. 21 Cr. 729

Dear Judge Kaplan:

    I write to respectfully request an order temporarily modifying the conditions of Tatiana Daniel's pretrial release to permit her to travel to Miami. I have conferred with counsel for the government and with Pretrial Services. Neither has an objection to this application.

    Ms. Daniel is out of custody on a $150,000, unsecured bond. One of the conditions of her release is that travel is limited to the Southern and Eastern District of New York and the District of New Jersey. If approved, Ms. Daniel would leave July 23rd and return July 27th. She plans to travel by air to Miami, Florida, with three companions. If this request is approved, Ms. Daniel will provide her complete travel itinerary to Pretrial Services prior to departure. The Court's considerate attention to this matter is greatly appreciated.

Respectfully submitted,

*Ezra Spilke*
Ezra Spilke

cc: Tatiana Daniel, by email
    AUSA Michael Neff, by ECF
    Christina Venable, by email

SO ORDERED
*Lewis A. Kaplan* /s/ jtc
_____
**LEWIS A. KAPLAN, USDJ**
7/12/22