```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12-21-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :      **ORDER**
        - v. -                      :
                                    :      S1 21 Cr. 729 (LAK)
TATIANA DANIEL,                     :
    a/k/a "Kimora Daniel,"          :
                                    :
                        Defendant.  :
------------------------------------X

WHEREAS, with the consent of defendant Tatiana Daniel, the defendant's guilty plea allocution was taken before a United States Magistrate Judge on November 22, 2022;

WHEREAS a transcript of the allocution was made and thereafter was transmitted to this Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea,

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED.

Dated:   New York, New York
         12/21         , 2022

                                       _____
                                       THE HONORABLE LEWIS A. KAPLAN
                                       UNITED STATES DISTRICT JUDGE
                                       SOUTHERN DISTRICT OF NEW YORK