

# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

March 13, 2023

**By ECF**
The Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Chanette Lewis et al.*, No. 21 Cr. 729
Client: Tatiana Daniel

Dear Judge Kaplan:

With the consent of the government, I write to respectfully request a 50-day adjournment of Tatiana Daniel's March 29th sentencing hearing. I believe that all of Ms. Daniel's codefendants are scheduled to be sentenced on May 18 at 3:00 PM, which is fifty days from Ms. Daniel's current sentencing date. Should the Court grant this request, Ms. Daniel would ask to join her codefendants on May 18. I am awaiting records and other mitigation evidence. The additional time will allow me to complete that effort.

I have conferred with AUSA Michael Neff, who advises me that the government has no objection to this request. This is Ms. Daniel's first request for an adjournment. The Court's considerate attention to this matter is greatly appreciated.

Respectfully submitted,

Ezra Spilke

cc: Tatiana Daniel, by email
AUSA Michael Neff, by ECF

Granted
SO ORDERED
LEWIS A. KAPLAN, USDJ
3/14/23